

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00101-CR

### EX PARTE JOHN D. FERRARA

On Appeal from the
County Court at Law No. 5 of Cameron County, Texas
Trial Court Cause No. 2021-CCL-0205

## JUDGMENT

The Court's judgment issued on June 9, 2022, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED.

We further order this decision certified below for observance.

June 30, 2022